| Monroe County DHS v. T. M.† | 2017AP000875, 2017AP000876 | 08–17–2017 | Affirmed |

† Petition to review filed.